NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000397
26-APR-2013
10:25 AM**

NO. CAAP-13-0000397

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOAN SNYDER, Plaintiff-Appellant, v.
JOHN FRANKLIN SNYDER, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 111180)

ORDER APPROVING THE APRIL 17, 2013
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the parties' April 17, 2013 Stipulation to Dismiss Appeal, it appears that (1) this appeal has not been docketed; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(a); and (3) counsel for both parties signed the stipulation. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed, pursuant to HRAP Rule 42(a).

DATED: Honolulu, Hawai'i, April 26, 2013.

Chief Judge

Associate Judge

Associate Judge